■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERI BETTINGER, Appellant. [797 NYS2d 346]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered January 15, 2003. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Lioto* [appeal No. 1], 261 AD2d 883 [1999], *lv denied* 93 NY2d 1021 [1999]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. SLATER, Appellant. (Appeal No. 1.) [797 NYS2d 343]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered December 8, 2003. The judgment convicted defendant, upon his plea of guilty, of forgery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.